# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2019

*By the Court:*

No. 17-3543

| | |
|---|---|
| JOHNNIE LEE SAVORY, | Appeal from the United States District Court |
|     *Plaintiff-Appellant,* | for the Northern District of Illinois, |
| | Eastern Division. |
| *v.* | |
| | No. 1:17-cv-00204 |
| WILLIAM CANNON, SR., as | |
| special representative for Charles | Gary Feinerman, |
| Cannon, *et al.,* | *Judge.* |
|     *Defendants-Appellees*. | |

## O R D E R

The petition for rehearing en banc is **GRANTED**. The opinion and judgment entered by the panel are **VACATED**. Oral argument will be heard on a date to be set by further order.